UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. BRIDGERS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELO,<br><br>　　　　　Respondent. | No. 2:18-cv-0481 KJM KJN P<br><br><br><br>ORDER |

　　Petitioner requested an extension of time to file and serve objections to the April 19, 2019 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's motion for an extension of time (ECF No. 20) is granted; and

　　2. Petitioner shall file and serve his objections on or before June 14, 2019.

Dated: May 3, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brid481.eot